# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:     3/3/2026

March 2, 2026

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 15D
New York, NY 10007

Re:   **Velasquez v. East 169th Gourmet Deli Corp., et al.**
      **Case 1:25-cv-10575-AT**

Dear Judge Torres:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Case Management Plan and joint letter in this matter was currently due March 2, 2026. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Case Management Plan is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
_____

B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

GRANTED.  The parties shall file a case management plan and joint letter by **April 17, 2026**.  Plaintiff is reminded that pursuant to Rule II(B) of the undersigned's Individual Practices in Civil Cases, if defense counsel has not appeared at least one week prior to the deadline, Plaintiff shall request an adjournment, informing the Court of the status of defense counsel's appearance and whether Plaintiff intends to seek default judgment.

SO ORDERED.

Dated:  March 3, 2026
     New York, New York

ANALISA TORRES
United States District Judge